IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACOB THOMAS,

    Petitioner,

v.                                      Case No. 4:19-cv-366-AW-EMT

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Jacob Thomas initiated this § 2254 proceeding to challenge his first-degree murder conviction and resulting life sentence. He raised five issues. In a thorough report and recommendation, the magistrate judge analyzed all five. ECF No. 32. (Ground Five included three subissues, which the report and recommendation addressed.) The magistrate judge concluded that one claim (Ground Three) was procedurally defaulted because Thomas did not pursue it in the state appellate court. As to the rest, the magistrate judge concluded that Thomas did not establish any basis for relief under *Strickland* and that no evidentiary hearing was necessary. Thomas had the opportunity to file objections, but he filed none.

Having carefully considered the matter, I agree with the magistrate judge. I now adopt the report and recommendation (ECF No. 32) and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied on

1

the merits." Because I conclude that Thomas has not made any "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), a certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on January 25, 2022.

s/ *Allen Winsor*
United States District Judge